UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBERT A. EDWARDS,

        Plaintiff,

v.	Case No. 3:02-cv-458-J-12TEM

STEVEN R. DOBBS, et al.,

        Defendants.
_____

## ORDER

This cause is before the Court on Plaintiff's December 21, 2005, Motion to Examine and Correct Filing Fee Lien (Doc. #23). Upon review of the Court's docket and file, Plaintiff was assessed two fees in the course of this case. He was assessed the total $150.00 filing fee on June 6, 2002, in the Court's Order (Doc. #5). He was also assessed the $105.00 appellate filing and docketing fees on September 3, 2002, in the Court's Order (Doc. #13). The docket reflects that the $150.00 filing fee was paid in full as of January 14, 2005; however, Plaintiff, as of December 19, 2005, had a balance of $32.90 to pay on the appellate filing and docketing fees.

In sum, Plaintiff has paid the full $150.00 for the filing fee in the case and had paid $72.10 of the appellate filing and docketing fees as of December 19, 2005. Thus, Plaintiff had a balance owing of $32.90 for the appellate filing and docketing fees. Since that date, on January 5, 2006, an additional appeal fee of $29.00 was received. Plaintiff currently has a balance owing of $3.90 for the appellate filing and docketing fees.

Therefore, it is now

**ORDERED:**

1. Plaintiff's December 21, 2005, Motion to Examine and Correct Filing Fee Lien (Doc. #23) is **DENIED.**

2. The Clerk of the Court shall provide Plaintiff with a copy of the docket sheet in this action showing what fees have been paid in this particular action.

3. The Clerk of the Court shall attach a copy of the Cash Register Data Ledger for Case No. 3:02-cv-458-J-12TEM to this Order.

4. If Plaintiff is contending that he has made a payment that is not reflected on the Court's docket or cash register data, then he must submit receipts (either that he has received or the Department of Corrections has maintained) or provide a Check Summary from the Inmate Bank of the Florida Department of Corrections showing that such a payment was made. Alternatively, Plaintiff may submit a cancelled check or money order showing that a payment was made that is not reflected on the Court's docket or cash register data.

**DONE AND ORDERED** at Jacksonville, Florida, this 11TH day of January, 2006.

                                                                      Howell W. Melton
                                                        UNITED STATES DISTRICT JUDGE

sa 1/6
c:
Robert A. Edwards

2